898

No. 75–5046.  GARCIA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5050.  THERIAULT *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–5054.  TORRES-RIOS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–5069.  DOVE *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 6th Cir.  Certiorari denied.

No. 76–5081.  SISK *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5108.  HASKINS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–5117.  WARGO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5150.  JACKSON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 76–5156.  HARRISON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–5223.  AUSTIN *v.* McMILLAN, U. S. DISTRICT JUDGE.  C. A. 4th Cir.  Certiorari denied.

No. 76–5225.  KISSEL *v.* LABOR AND INDUSTRIAL RELATIONS APPEAL BOARD ET AL.  Sup. Ct. Hawaii.  Certiorari denied.

No. 76–5235.  MAGGITT *v.* WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 76–5244.  WATKINS *v.* GRAY, WARDEN.  C. A. 7th Cir. Certiorari denied.